EDWARD F. THIELER, Respondent, *v.* TRINITY ADVERTISING CORPORATION, Appellant.

(Argued October 25, 1934; decided November 20, 1934.)

*Inzer B. Wyatt, David W. Peck* and *Frederick L. Strong* for appellant.

*R. D. Murray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.